**H. G. HICKS et al., Petitioners,**

**v.**

**CONTINENTAL CARBON PAPER MANU-
FACTURING COMPANY OF
DALLAS, Respondent.**

No. A–10329.

Supreme Court of Texas.

Oct. 7, 1964.

Rehearing Denied Nov. 4, 1964.

Crocker & McDonald, Fort Worth, for petitioners.

Tom James, Dallas, for respondent.

PER CURIAM.

The judgment of the Court of Civil Appeals (380 S.W.2d 737) is correct under Article 12.14, Title 122A, Vernon's Annotated Texas Civil Statutes. It is unnecessary for us to consider the question of whether the charter of the corporation involved in the case, together with its right to do business, was subject to revival and reinstatement.

The application for writ of error is refused, no reversible error.